No. 99–7704. MARTIN v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7719. RIVERA v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–7725. WARD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–7735. MURRAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7742. SIMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–7776. WINSETT v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–7790. WELDON v. HOLT, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7796. NAGY v. LAPPIN. C. A. 4th Cir. Certiorari denied.

No. 99–7798. BRADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7801. DONLEY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 99–7809. GARDNER v. BASKERVILLE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 99–7810. DICKERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7813. FELIX v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–7815. GUTIERREZ-GALLEGOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.